**Dismissed and Memorandum Opinion filed September 4, 2014**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00129-CV

**VALAIDA TARRY, Appellant**

**V.**

**MEMORIAL HERMANN HOSPITAL, Appellee**

**On Appeal from County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1029117**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 1, 2013. The clerk's record was filed May 28, 2014. No reporter's record was taken. No brief was filed.

On July 22, 2014, this court issued an order stating that unless appellant submitted a brief, together with a motion reasonably explaining why the brief was

late, on or before, August 21, 2014, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Busby.